# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GREGORY HOWARD, IV

NO. 2021 KW 0855

**AUGUST 12, 2021**

---

In Re:   Gregory Howard, IV, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-18-0355.

---

**BEFORE:  McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED.**

               **JMM**
               **WIL**
               **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT